SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MIGUEL ORTIZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>EDUARDO ALVAREZ, et al.,<br><br>             Defendant. | Case No. CR 14-120 EMC<br><br>**EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY TO UNITED STATES' OPPOSITION TO MOTION TO SUPPRESS WIRETAP EVIDENCE**<br><br>**[N.D. Cal. Crim. Local Rule 47-3]**<br><br>The Honorable Edward M. Chen |

**EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant Miguel Ortiz, on behalf of himself and other defendants, hereby moves the Court on an expedited basis, pursuant to Local Rule 47-3, for an order extending the time to file the Reply to United States' Opposition to Defendants' Motion to Suppress Wiretap Evidence from December 2, 2015 to December 9, 2015.  Mr. Ortiz so moves on the basis that counsel require more time to prepare the reply, due to the complexity and quantity of the issues presented in the United States' Opposition, and due to the fact that the recent holiday has caused delays. The United States stipulates to this motion.

Though this motion is being made on an expedited basis pursuant to the procedure set forth for in the local rules for *ex parte* motions, the motion and supporting declarations are being served on the prosecution in accord with Local Rule 47-3(a).

**DECLARATION IN SUPPORT OF EXPEDITED MOTION**

I, Severa Keith, hereby state:

1. I am an attorney duly licensed to practice before this Court.  I am the attorney of record for defendant Miguel Ortiz in the above captioned criminal case.

2. I have personally contacted Andrew Scoble, the Assistant United States Attorney in this matter, and he stipulates to the extension of time that is requested.

3. I have spoken with the team of attorneys who are drafting the Reply brief, and additional time is required to draft the Reply brief.

4. Even under the best of circumstances, the time that the Court has allotted for the Defendants' Reply to the United States' Opposition is relatively short.  The Opposition presents numerous and complex legal and factual issues to address, each of which must be addressed with particularity.  While the defense team has been diligently working, more time is needed.  This filing deadline following on a major holiday also created delays.

5. A team of four attorneys drafted the wiretap motion, and this group effort requires additional time for coordination that is not necessary for most briefing.

6. An extension of time permitting the filing of the Reply brief on December 9, 2015 is nine court days prior to the hearing date for the Motion to Suppress Wiretap Evidence, which would allow the Court sufficient time to review the filings prior to the hearing.


I declare, under penalty of perjury under the laws of the United States, that the foregoing is true to the best of my knowledge and belief.  Executed this 1st day of December, 2015, in San Francisco, California.

_____/s/_____
SEVERA KEITH

## MEMORANDUM OF POINTS AND AUTHORITIES

Criminal Local Rule 47-3 states that "[r]elief may be sought by expedited motion when authorized by these local rules or by the assigned judge. . ." Northern Dist. of Cal. Crim Local. Rules, Rule 47-3(a).  Motions for extension of time are not specifically authorized under the local rules as motions for which relief may be sought on an expedited basis.  Leave of the Court is therefore required before such motion can be submitted and decided pursuant to Rule 47-3.  Given the immediacy of the filing deadline in this matter, Defendant hereby requests that the Court decide this matter on an expedited basis.

In this instance an extension of is required because counsel for the defense require additional time to prepare the Reply brief.

## CONCLUSION

Pursuant to the above, Defendant Miguel Ortiz respectfully requests that the Court extend the time to file the Reply brief to December 9, 2015.

Dated: December 1, 2015               Respectfully submitted,

                                                          /s/
                                                    SEVERA KEITH
                                                    Attorney for Defendant
                                                    MIGUEL ORTIZ


Dated:  December 1, 2015              Respectfully submitted,

                                                          /s/
                                                    ANDREW SCOBLE
                                                    Attorney for Plaintiff
                                                    UNITED STATES OF AMERICA

**ORDER RE STIPULATED EXTENSION OF TIME**[proposed]

**[N.D. Cal. Crim. Local Rule 47-3]**

GOOD CAUSE HAVING BEEN FOUND upon the motion of Defendant MIGUEL ORTIZ, the declaration of Severa Keith, and pursuant to the parties' stipulation;

IT IS HEREBY ORDERED that the filing date for Defendants' Reply to United States' Opposition to Defendants' Motion to Suppress Wiretap Evidence is extended from December 2, 2015 to December 9, 2015.

Dated: December _____, 2015



_____
THE HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

1

4