BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW M. SCOBLE (CABN 124940)

Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557/6991/7249
    Fax: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov
    Andrew.Scoble@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0120-EMC |
| Plaintiff, | STIPULATION TO CONTINUE HEARING DATE; AND [PROPOSED] ORDER THEREON |
| v. | |
| JUAN CARLOS GARCIA-GOMEZ, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL,

THAT: The hearing date on gang experts may be moved from June 22, 2016 to **July 1, 2016 at 9:30 a.m.** This date and time have been cleared with both the Court and the parties..

DATED: March 20, 2016                    BRIAN J. STRETCH
                                              Acting United States Attorney

                                            /s/
                                    By: _____
                                            KIMBERLY HOPKINS
                                            ANDREW M. SCOBLE
                                            Assistant United States Attorneys

STIPULATION AND PROPOSED ORDER      1
[CR 14-0120 EMC]

DATED: March 20, 2016

/s/
_____
RANDY SUE POLLOCK
Counsel for Juan Carlos Garcia-Gomez

DATED: March 20, 2016

/s/
_____
MARTIN SABELLI
Counsel for Jairo Hernandez

DATED: March 20, 2016

/s/
_____
WARRINGTON PARKER
Counsel for Rogelio Real

DATED: March 20, 2016

/s/
_____
MICHAEL STEPANIAN
Counsel for Carlos Vasquez

DATED: March 20, 2016

/s/
_____
SEVERA KEITH
Counsel for Miguel Ortiz

DATED: March 20, 2016

/s/
_____
TONY TAMBURELLO
Counsel for Antonio Castillo

DATED: March 20, 2016

/s/
_____
RICHARD B. MAZER
Counsel for Marvin Cortez

STIPULATION AND PROPOSED ORDER      2
[CR 14-0120 EMC]

1 [PROPOSED] ORDER

2   Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT
3 the hearing date on gang experts may be moved from June 22, 2016 to July 1, 2016 at 9:30 a.m.
4   IT IS SO ORDERED.

6 DATED:  March 21, 2016



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER        3
[CR 14-0120 EMC]