SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 225-8631 - Facsimile

Attorney for Defendant
MIGUEL ORTIZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     vs.<br><br>MIGUEL ORTIZ, et al.<br><br>            Defendant. | Case No. CR-14-120-EMC<br><br>**STIPULATION AMENDING THIRD AMENDED PRETRIAL ORDER TO PERMIT MIGUEL ORTIZ TO FILE MOTIONS TO SUPPRESS AFTER UNREDACTED WARRANTS ARE DISCLOSED**<br><br>Hon. Judge Edward M. Chen |

    Defendant Miguel Ortiz, by and through counsel, and the United States, by and through its counsel, Assistant United States Attorney, Kimberly Hopkins, hereby stipulate that the schedule for filing and serving their motions to suppress searches of the residences and the phone of Ortiz (ending -3161), now due on April 6, 2016, may be continued to a date approximately four weeks after the disclosure of unredacted statements of civilian witnesses, which will not occur until a date five months prior to the commencement of the second trial group, per the Court's Third Amended Pretrial Order.

    This continuance is necessary in order to permit Ortiz to obtain discovery necessary to prepare his motions, inasmuch as the parties anticipate that the warrant challenges will be based,

at least in part, on currently redacted statements that will ultimately be disclosed.  The parties did not anticipate this issue when the Pretrial Order initially issued, and the parties agree that Ortiz filing incomplete motions to suppress at this point would be a needless use of resources. Furthermore, the parties were not aware of this issue due to the fact that the March 16, 2016 discovery has still not been fully produced to counsel, due to technical difficulties with the production, and counsel for defendant has not received all of the discovery to date.

SO STIPULATED.

Dated:  4/5/2016

               _____/s/_____
               KIMBERLY HOPKINS
               Assistant U.S. Attorney


               _____/s/_____
               SEVERA KEITH
               Counsel for Defendant Miguel Ortiz

GOOD CAUSE SHOWN, and upon stipulation of the parties,

IT IS HEREBY ORDERED that the schedule for filing and serving Defendant Ortiz's motions to suppress searches of his residence and phone (ending -3161) now due on April 6, 2016, may be continued to a date, to be determined, five months prior to the commencement of the second trial group, per the Court's Third Amended Pretrial Order.

Dated: April 6, 2016

THE HONORABLE
United States

