RICHARD B. MAZER, CSBN 49632
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, California 94117
Telephone: (415) 621-4100
Facsimile: (415) 621-4111
richardbmazer@gmail.com

Attorney for Defendant
MARVIN CORTEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case no. 14-CR-00120-EMC-NC |
| ) | |
| Plaintiff, ) | STIPULATION AMENDING THIRD AMENDED PRETRIAL ORDER TO PERMIT ORTIZ, CASTILLO, AND CORTEZ TO FILE MOTIONS TO SURPRESS EVIDENCE ON APRIL 27, 2016 AND PROPOSED ORDER |
| v. ) | |
| MIGUEL ORTIZ, ) | |
| ANTONIO CASTILLO, ) | |
| MARVIN CORTEZ, ) | |
| Defendants. ) | |
| _____) | |

   Defendants Marvin Cortez, Antonio Castillo, and Miguel Ortiz, by and through their respective counsel of record, and the United States, by and through its counsel, Assistant United States Attorney, Kimberly Hopkins, hereby stipulate that the schedule for filing and serving their motions to suppress searches of the residences of Cortez and Castillo and the phone of Ortiz, now due on April 6, 2016, may be continued to April 27, 2016, which is the date when all defendants' Motions re Co-Conspirator Statements and 404(b) Motions must be filed.  The Government's Oppositions to the search motions will be due on May 11, 2016.  Defendants'

STIPULATION AND PROPOSED ORDER - 1

Replies will be due on May 18, 2016.  Hearing on the Motions will be on June 3, 2016, 9:30 a.m., the same date as the hearing on the Co-Conspirator and 404(b) motions are heard.

     This continuance is necessary in order to permit Defendants Cortez, Castillo, and Ortiz to obtain discovery necessary to prepare their search motions.  In particular, the government has not yet produced complete discovery regarding the residences of Castillo and Cortez, nor the affidavit of probable cause for the warrant of Ortiz's phone (number ending -9377).  Fully unredacted versions of some of these materials were not produced in the March 16, 2016 discovery as anticipated.  Due to technical difficulties with the production, other materials were recently identified as missing only after a review of the March 16, 2016 discovery in piecemeal fashion.  All counsel for both parties are in communication and endeavoring to resolve this matter as quickly as possible.   All counsel for both parties are in communication and endeavoring to resolve this matter as quickly as possible.

SO STIPULATED.

Dated:  4/5/2016

                                                  _____/s/_____
                                                  KIMBERLY HOPKINS
                                                  Assistant U.S. Attorney

                                                  _____/s/_____
                                                RICHARD MAZER
                                                Counsel for Defendant Marvin Cortez

                                                 _____/s/_____
                                                SEVERA KEITH
                                                Counsel for Defendant Miguel Ortiz

                                               _____/s/_____
                                               TONY TAMBURELLO
                                               Counsel for Defendant Antonio Castillo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case no. 14-CR-00120-EMC |
| Plaintiff, ) | |
| v. ) | |
| MIGUEL ORTIZ, ) | |
| ANTONIO CASTILLO, ) | [P~~ROPO~~SED] ORDER |
| MARVIN CORTEZ, ) | |
| Defendants. ) | |

GOOD CAUSE SHOWN, and upon stipulation of the parties,

IT IS HEREBY ORDERED that the schedule for filing and serving Defendants Ortiz, Castillo, and Cortez's motions to suppress searches of the residences of Castillo and Cortez and the telephone of Orrtiz, (ending -9377), now due on April 6, 2016, may be continued to April 27, 2016, which is the date when all defendant's Motions re Co-Conspirator Statements and 404(b) Motions must be filed.  The government's Oppositions to the search motions will be due on May 11, 2016.  Defendant's Replies will be due on May 18, 2016.  Hearing on the Motions will be on June 3, 2016 at 9:30 a.m., when the Co-Conspirator and 404(b) motions are heard.

Dated: 4/6/16  _____

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge



STIPULATION AND PROPOSED ORDER - 3