1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   ANDREW M. SCOBLE (CABN 124940)
5
   Assistant United States Attorneys
6
          450 Golden Gate Avenue, Box 36055
7         San Francisco, California 94102-3495
          Telephone: (415) 436-6557/6991/7249
8         Fax: (415) 436-7234
          Kimberly.Hopkins@usdoj.gov
9         Andrew.Scoble@usdoj.gov

10 Attorneys for the United States of America

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            ) No. CR 14-0120-EMC
                                        )
17        Plaintiff,                    ) STIPULATION TO CONTINUE HEARING DATE;
                                        ) AND [PROPOSED] ORDER THEREON
18     v.                               )
                                        )
19 JUAN CARLOS GARCIA-GOMEZ, et al.,    )
                                        )
20        Defendants.                   )
                                        )
21

22       IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL,

23 THAT:  The hearing date on coconspirator statements and Rule 404(b) evidence may be moved from

24 June 2, 2016 to **June 3, 2016 at 9:30 a.m.**

25 DATED:  April 6, 2016                    BRIAN J. STRETCH
                                            United States Attorney
26
                                                   /s/
27                                      By: _____
                                            KIMBERLY HOPKINS
28                                          ANDREW M. SCOBLE
                                            Assistant United States Attorneys

   STIPULATION AND PROPOSED ORDER          1
   [CR 14-0120 EMC]

Case 3:14-cr-00120-EMC   Document 607   Filed 04/06/16   Page 2 of 3

| | |
|---|---|
| DATED: April 6, 2016 | /s/<br>RANDY SUE POLLOCK<br>Counsel for Juan Carlos Garcia-Gomez |
| DATED: April 6, 2016 | /s/<br>MARTIN SABELLI<br>Counsel for Jairo Hernandez |
| DATED: April 6, 2016 | /s/<br>WARRINGTON PARKER<br>Counsel for Rogelio Real |
| DATED: April 6, 2016 | /s/<br>MICHAEL STEPANIAN<br>Counsel for Carlos Vasquez |
| DATED: April 6, 2016 | /s/<br>SEVERA KEITH<br>Counsel for Miguel Ortiz |
| DATED: April 6, 2016 | /s/<br>TONY TAMBURELLO<br>Counsel for Antonio Castillo |
| DATED: April 6, 2016 | /s/<br>RICHARD B. MAZER<br>Counsel for Marvin Cortez |

/ /

STIPULATION AND PROPOSED ORDER        2
[CR 14-0120 EMC]

1 [PR~~OP~~OSED] ORDER

2   Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT

3 the hearing date on coconspirator statements and Rule 404(b) evidence may be moved from June 2,

4 2016 to **June 3, 2016 at 9:30 a.m.**

5   IT IS SO ORDERED.

7 DATED: 4/6/2016



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER         3
[CR 14-0120 EMC]