```
1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   ANDREW M. SCOBLE (CABN 124940)
5  MARC PRICE WOLF (CABN 254495)

6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-6557/6991/7249
        Fax: (415) 436-7234
9       Kimberly.Hopkins@usdoj.gov
        Andrew.Scoble@usdoj.gov
10      Marc.Wolf@usdoj.gov

11 Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 14-0120-EMC |
|---|---|
| Plaintiff, | ) STIPULATION TO CONVERT HEARING DATE |
| v. | ) AND VACATE BRIEFING SCHEDULE; AND |
|   | ) [PR~~OPOS~~ED] ORDER |
| JUAN CARLOS GARCIA-GOMEZ, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL, THAT:

1) The co-conspirator statements motion hearing set for Friday, July 22, 2016 at 9:00 a.m. shall be converted to a change of plea hearing for defendants Jairo Hernandez, Juan Carlos Garcia-Gomez, and Rogelio Real.

2) The remaining defendants, Carlos Vasquez, Miguel Ortiz, Antonio Castillo, and Marvin Cortez

will appear for a status hearing on Friday, July 22, 2016, at 11:30 a.m.

3) The parties request that the court vacate the current deadlines for pending motions to exclude and the remaining motions in limine to a date and time to be determined at the status hearing on July 22, 2016 at 11:30 a.m.

The dates and times have been cleared with both the Court and the parties. The parties will be prepared to discuss setting a trial date as to trial group two, and reset all pending briefing deadlines and motion hearing dates at the status hearing.

DATED: July 20, 2016

BRIAN J. STRETCH
Acting United States Attorney

By: /s/
KIMBERLY HOPKINS
ANDREW M. SCOBLE
MARC PRICE WOLF
Assistant United States Attorneys

DATED: July 20, 2016

/s/
RANDY SUE POLLOCK
Counsel for Juan Carlos Garcia-Gomez

DATED: July 20, 2016

/s/
MARTIN SABELLI
Counsel for Jairo Hernandez

DATED: July 20, 2016

/s/
WARRINGTON PARKER
Counsel for Rogelio Real

DATED: July 20, 2016

/s/
MICHAEL STEPANIAN
Counsel for Carlos Vasquez

STIPULATION AND PROPOSED ORDER    2
[CR 14-0120 EMC]

DATED: July 20, 2016

/s/  
SEVERA KEITH  
Counsel for Miguel Ortiz

DATED: July 20, 2016

/s/  
TONY TAMBURELLO  
Counsel for Antonio Castillo

DATED: July 20, 2016

/s/  
RICHARD B. MAZER  
Counsel for Marvin Cortez

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT

1) The Co-Conspirator Statements Motion Hearing set for Friday, July 22, 2016 at 9:00 a.m. is converted to a Change of Plea Hearing for defendants Jairo Hernandez, Juan Carlos Garcia-Gomez, and Rogelio Real.

2) A further Status Hearing is set for Friday, July 22, 2016 at 11:30 a.m. as to Carlos Vasquez, Miguel Ortiz, Antonio Castillo, and Marvin Cortez.

3) The current deadlines for pending motions to exclude and the remaining motions in limine are vacated and will be reset to a date and time to be determined at the status hearing on July 22, 2016 at 11:30 a.m.

IT IS SO ORDERED.

DATED:   July 21, 2016

_____  
[Signature] Judge Edward M. Chen  
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED